FILED: January 31, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4172
(1:18-cr-00033-IMK-MJA-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JAMES TIMOTHY COBB

      Defendant - Appellant

-------------------------------

AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF WEST VIRGINIA

      Amici Supporting Appellant

_____

O R D E R
_____

Upon consideration of the unopposed motion of amici curiae American Civil Liberties Union and American Civil Liberties Union of West Virginia for leave to participate in oral argument, the court grants the motion and grants the parties five

additional minutes per side.

                For the Court

                /s/ Patricia S. Connor, Clerk