FILED: September 22, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4172
(1:18-cr-00033-IMK-MJA-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JAMES TIMOTHY COBB

       Defendant - Appellant

------------------------------

AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF WEST VIRGINIA

       Amici Supporting Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Floyd, and Senior Judge Traxler.

       For the Court

       /s/ Patricia S. Connor, Clerk